# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| MICHAEL ANTHONY SORBELLO, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:16-cv-00274-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| HAYWOOD COUNTY MUNICIPALITY; CHARLIE COOK, Public Defender, Individually and in his Official Capacity; M.A. MCABEE, Deputy Sheriff with the Haywood County Sheriff's Office, Individually and in his Official Capacity; ROB SKIVER, Police Officer with the Waynesville Police Department, Individually and in his Official Capacity; N.C. STATE CRIME LABORATORY; Department of Justice, Western; G. BAXTER, Examiner with the N.C. State Crime Laboratory, Individually and in his Official Capacity, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 23, 2016 Order.

August 23, 2016

Frank G. Johns, Clerk
United States District Court